AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 27 August, 2010 08:03:28 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**LONNIE KEVIN CUTTILL,**
        **Plaintiff,**

     vs.                                                                                      Case Number:  **09-2007**

**JOHN POTTER,**
**Postmaster General,**
        **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the defendant and against the plaintiff.  Case is terminated.

ENTER this 27th day of August, 2010.

s/Pamela E. Robinson

_____
PAMELA E. ROBINSON, CLERK

s/S. Johnson

_____
BY:  DEPUTY CLERK